FILED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2009

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| REGINALD RUTHLEDGE WILSON,<br><br>             Petitioner,<br><br>   v.<br><br>M.S. EVANS, WARDEN,<br><br>             Respondent. | ) CV 07-7978-MMM (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: _03.31.09_

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1